James E. Torske
314 North Custer Avenue
Hardin, Montana, 59034
406-665-1902
Attorney for Defendant



## IN THE CROW TRIBAL CIVIL COURT
## IN AND FOR THE CROW INDIAN RESERVATION
## P.O. BOX 489, CROW AGENCY, MONTANA, 59022

| | |
|---|---|
| IN RE THE MATTER: ) <br> ) <br> ALDEN BIG MAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BIG HORN COUNTY ELECTRIC ) <br> COOPERATIVE, INC., a Montana ) <br> Corporation ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL CASE NO. 12-118 <br><br> ANSWER TO COMPLAINT |

For its Answer to the Complaint filed in the above-entitled action, Defendant, BIG HORN COUNTY ELECTRIC COOPERATIVE, INC., by and through its counsel of record, JAMES E. TORSKE, hereby admits and alleges as follows:

### ANSWER

### PARTIES

1. Paragraph 1 of Plaintiff's Complaint speaks for itself and requires no answer or other response.

2. Defendant admits the allegations set forth in paragraph 2 of the Complaint.

### JURISDICTION

1

3. Defendant admits it entered into a consensual contractual relationship with Plaintiff as alleged in paragraph 4 of the Complaint and by reason of the terms of said contract this court lacks jurisdiction because Plaintiff agreed the "laws of the State of Montana shall control and be exclusively applied for the purpose of determining the rights of the Cooperative and Applicant hereunder and the Montana Thirteenth Judicial District Court, Big Horn County shall have exclusive jurisdiction and venue for the purpose of actions or proceedings brought to determine the rights of either the Cooperative or the Applicant arising by reason of membership in the Cooperative or delivery of electric energy to said member or any or all rights arising by reason of this membership agreement, articles of incorporation or by by-laws of the Cooperative."

4. For the purpose of preserving said defense, Defendant denies the remaining allegations concerning jurisdiction set forth in paragraphs 4 and 5 of the Complaint.

## FACTS

5. Defendant denies the allegations of set forth in paragraph 1 of the Complaint and alleges Plaintiff's electrical service was disconnected at 1:13 p.m. on January 26th, 2012, as shown by by Plaintiff's account printout attached as Exhibit D-1.

6. Defendant denies the allegations set forth in paragraph 2 and affirmatively alleges Defendant gave Plaintiff written notice of termination, at least two weeks before disconnect, by United States mail dated 1-11-2012, a copy of which is attached as Exhibit D-2.

2

7. Defendant was not aware Plaintiff was a recipient of LIEAP benefits when it disconnected electrical services at 1:13 p.m., January 26, 2012, as shown upon the e-mail to Defendant's staff, sent by Patty Wilson Energy Assistance Supervisor at 2:03 p.m., January 26, 2012, attached as Exhibit D-3

8. Defendant is without knowledge or information sufficient to form a belief as to the truth and accuracy of the allegations set forth in paragraphs 3, 4, and 5 of the Complaint and therefore deny the same.

## AFFIRMATIVE DEFENSE

Defendant, for its Affirmative Defense to the allegations set forth in the Complaint, states as follows:

1. Plaintiff has failed to state a claim against this answering Defendant upon which relief can be granted.

2. Laches bars recovery by Plaintiff.

3. Plaintiff's claims are barred by misrepresentations of Plaintiff, constituting fraud to Defendant and Defendant's agents and employees.

4. Defendant has met any and all contractual obligations to Plaintiff and/or otherwise acted reasonably in fact and law.

5. Estoppel bars any recovery by Plaintiff.

6. Failure of consideration bars any recovery by Plaintiff.

7. Recovery by Plaintiff is barred by the covenant of good faith and fair dealing.

8. The above-entitled Court lacks jurisdiction over the conduct of Defendant in connection with its performance of contract as the same relates to Plaintiff as a member of the Defendant cooperative.

## APPLICABILITY OF AFFIRMATIVE DEFENSES

This Answering Defendant has raised affirmative defenses in this Answer so that they will not be waived. Pre-trial investigation and discovery many disclose that some of the defenses raised may not apply. At the pre-trial conference, the Defendant will dismiss any affirmative defenses that do not appear to be reasonably supported by the facts and/or applicable law. These affirmative defenses are raised in the response to the allegations contained in the Complaint and as a recognition that the pleadings, discovery and trial preparation necessitate a thorough examination and evaluation of all circumstances of this case and the decision-maker should have available for consideration all defenses which may be applicable in this case.

WHEREFORE, Defendant prays that the Court dismiss this action with prejudice and Plaintiff be granted nothing by reason of his Complaint.

DATED this 10TH day of May, 2012.

JAMES E. TORSKE
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Answer to Complaint and Affirmative Defense was duly served by first class mail, postage prepaid, this 11th day of May, 2012, upon the following interested parties:

Joe Hardgrave, Attorney at Law
Montana Legal Services Association
2442 First Avenue North
Billings  MT  59101

By: James E. Torske

4



DEFENDANT'S EXHIBIT One (1)

Created by db1 - 05/04/2012 12:44:44 PM MDT

Service Agreements : ALDEN BIG MAN, Cust#: 8443     Account Level  Set Aside  Retrieve (0)

| Accou... | Service | Provider | Serv Loc # | Serv Addr | Service Description | DNP | Serv Map Loc |
|---|---|---|---|---|---|---|---|
| 8443000 | ELEC... | BHEC-... | 3430 | * | * | ✓ | 35770000 |

Agreements | Taxes | Minimums/YTD

Agreement Status: 18 - Pending Disconnect
Rate Schedule: A - Residential & Public Bldgs
Revenue Class: 11 - MT Residential
Connect Date: 02/15/1999   New Account: 0 - Normal Status
Disconnect Date:    TVA: 0
Final Bill Date:    : :   AM  PM
Prebill Comments:    ☐ Prebill Exempt
Misc Group:
SIC Code:

**Nonpayment**
☑ Disconnect For Nonpayment
DNP Date: 01/26/2012   1:13  ○ AM ● PM

**Service Location**
Location Description: *
Service Description: *
                          ☐ Immediate Service Restore   ☐ Location Retired
Reading Route: 0 -
Own Or Rent: 0 - Owner
Disconnect Options: D - Ignore

**Service Priorities**
☐ Has Generator
Medical Necessity: -
Outage Priority: -

**Combined Metering Set**
Participant Type: 0 - None
Combined Usage Group: 0

☑ Service Point

**EDI Service Provider Information**
Service Delivery Pt:
Capacity Obligation: 0.00
Transmission Obligation: 0.00

Save  Reset                    Related

0008443000



BIG HORN COUNTY ELECTRIC
Cooperative, Inc.
P.O. Box 410
Hardin, Montana 59034-0410

Hardin Office: 406-665-2830
Lodge Grass Office: 406-639-2341

**DEFENDANT'S EXHIBIT**
Two (2)
PENGAD-Bayonne, N.J.

4  13
C-1 P-1

| Notice Date | Account Number | Delinquent Amount Due |
|---|---|---|
| 01/11/2012 | 8443000 | 496.47 |

Due to delinquency in payment for electric service to the above account listed

**BIG HORN COUNTY ELECTRIC COOPERATIVE INC GIVES NOTICE OF INTENT TO TERMINATE ELECTRIC SERVICE**

13 1 SP 0.440
ALDEN BIG MAN
PO BOX 271
CROW AGENCY MT  59022-0271

⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜⁜

# TERMINATION NOTICE

By making payment in full by 01/23/2012, the inconvenience of being without electric service and the added collection and reconnect fees will be avoided.

*Mailed to Consumer from NISC on 1/11/12*

ng your payment, please contact one of our offices to see if you would
ent. Agencies are also available for help during the winter months.
Contact HRDC offices in your state.

ailed payment, please call our office at 406-665-2830 to verify payment.

BE PAID IN FULL and are subject to an additional deposit BEFORE being reconnected.

ECT REGARDLESS OF ALL FUTURE STATEMENTS OR NOTICES!

t the debt, and any information will be used for that purpose.

| APPLICABLE FEE SCHEDULE | |
|---|---|
| ck Fee | $20.00 |
| e | $100.00 |
| e | $50.00 |

Retain this portion for your records

Please detach and return this portion with your payment.



BIG HORN COUNTY ELECTRIC
Cooperative, Inc.
Quality Service Since 1941

| Account Number | Disconnect Date | Amount Due | Amount Paid |
|---|---|---|---|
| 8443000 | 01/23/2012 | $496.47 | |

**ALDEN BIG MAN**
**PO BOX 271**
**CROW AGENCY MT 59022-0271**

Big Horn County Electric Cooperative
P.O. Box 410
Hardin MT  59034-0410




Labor amt

FEB - 3 2012   PAID / VOID

K. Bixby      217.47
              100.00
               50.00
               15.00
             $382.47   to rect - pd 2

e-mail Alvina EBill LBH Battlefield

alvina_____NPS.gov

Aldin Big Man - has legal service after Patti
we shut him off 1/13 she emailed
at 2:03 sending $85.00 not enough
he would still have to pay 296.47
he called and I told him that -

Frayed Power line Main Power
line Jara Pitsch -
East of House across road R_
in between 2 sheds -

Shantell Stops - Wesley - $171.28

Frances Knows Gun — 20.75 Du_
on Jara's

Robert Old Horn - No one to pay
since Dec 9th