IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BIG HORN COUNTY ELECTRIC COOPERATIVE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALDEN BIG MAN, *et al*, <br><br> Defendants. | CV 17-65-BLG-SPW-TJC <br><br> **ORDER** |

Before the Court are two motions for *pro hac vice* admission (the "Motions") filed by defendants Unknown Members of the Crow Tribal Health Board, Chief Justice Joey Jayne, and Justices Leroy Not Afraid and Kari Covers Up (collectively, "Defendants"). (Docs. 8 and 9.)

While these motions generally appear to be in order, neither adheres to the D. Mont. L.R. 7.1(c)(1) requirement to "state that other parties have been contacted and state whether any party objects to the motion." Accordingly,

IT IS ORDERED that Defendants' Motions are DENIED without prejudice. Defendants may refile their Motions, provided each complies with L.R. 7.1.

//

//

DATED this 5th day of July, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge