IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BIG HORN COUNTY ELECTRIC COOPERATIVE, INC., <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>ALDEN BIG MAN, *et al*, <br><br>　　　　　Defendants. | CV 17-65-BLG-SPW-TJC <br><br>**ORDER** |

Defendants Unknown Members of the Crow Tribal Health Board, Chief Justice Joey Jayne, and Justices Leroy Not Afraid and Kari Covers Up (collectively, "Defendants") move for the admission of Melody L. McCoy (Doc. 12) and Heather Whiteman Runs Him (Doc. 13) to practice before this Court in this case with Dennis M. Bear Don't Walk to act as local counsel. Ms. McCoy's and Ms. Whiteman Runs Him's applications appear to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendants' unopposed motions to admit Ms. McCoy and Ms. Whiteman Runs Him *pro hac vice* are GRANTED on the condition that Ms. McCoy and Ms. Whiteman Runs Him shall do their own work. This means that Ms. McCoy and Ms. Whiteman Runs Him must do their own writing, sign their own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the

Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. McCoy and Ms. Whiteman Runs Him may move for the admission *pro hac vice* of one (1) associate of their firm.  Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. McCoy and Ms. Whiteman Runs Him.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. McCoy and Ms. Whiteman Runs Him, within fifteen (15) days of the date of this Order, file pleadings acknowledging their admission under the terms set forth above.

DATED this 12th day of July, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge