Joseph E. Hardgrave (State Bar # 9959)
MONTANA LEGAL SERVICES ASSOCIATION
616 Helena Avenue, Suite 100
Helena, MT 59601
Phone: 406-442-9830
Fax:    406-442-9817
jhardgrave@mtlsa.org

Michael G. Black (State Bar # 3508)
BLACK LAW OFFICE
44 North Last Chance Gulch, Suite 8
P.O. Box 1311
Helena, MT  59624-1311
Phone: 406-546-0017
blacklaw@blackfoot.net

Attorneys for Defendant Alden Big Man

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA, BILLINGS DIVISION**

| BIG HORN COUNTY ELECTRIC COOPERATIVE, INC., <br><br>Plaintiff, <br><br>v. <br><br>ALDEN BIG MAN, et al., <br><br>Defendants. | Case No. 17-cv-00065-SPW-TJC <br><br>**DEFENDANT BIG MAN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
|---|---|

COMES NOW Defendant Alden Big Man and moves dismiss Plaintiff's Complaint pursuant to Fed.R.Civ.P. 12(b)(6).

Counsel for all parties who have appeared have been contacted, pursuant to LR 7.1(c), and Plaintiff objects to the relief sought.

This Motion is supported by a Memorandum of Authorities submitted herewith.

DATED this 12th day of September, 2017.

<u>/s/ Michael G. Black</u>
Attorney for Defendant Alden Big Man

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the clerk of court for the United States District Court for the District of Montana, using the cm/ecf system.  Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

DATED this 12th day of September, 2017.

*/s/ Michael G. Black*