IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| BIG HORN COUNTY ELECTRIC COOPERATIVE, INC., | CV 17-65-BLG-SPW-TJC |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| ALDEN BIG MAN, et al., | |
| Defendants. | |

Defendants Unknown Members of Crow Tribal Health Board, Honorable Chief Justice Joey Jayne, Honorable Justices Leroy Not Afraid, and Kari Covers Up, have filed a motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 67.) Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion is GRANTED. For all future motions, Defendants' counsel is directed to L.R. 7.1 which requires: when a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Defendants' counsel, Wesley James Furlong, may appear by telephone at the December 20, 2018 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

///

///

///

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 10th day of December, 2018.

/s/ Timothy J. Cavan
TIMOTHY J. CAVAN
United States Magistrate Judge